UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Keanan Arnold,<br><br>                             Plaintiff,<br>v.<br><br>Northstar Location Services, LLC; and DOES 1-10, inclusive,<br><br>                             Defendant. | Civil Action No.:  1:15-cv-00844-JTC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 25, 2016

                                          Respectfully submitted,

                                          PLAINTIFF, Keanan Arnold

                                          /s/ Sergei Lemberg

                                          Sergei Lemberg, Esq. (SL 6331)
                                          **LEMBERG LAW, L.L.C.**
                                          43 Danbury Road
                                          Wilton, CT 06897
                                          Telephone: (203) 653-2250
                                          Facsimile:  (203) 653-3424
                                          slemberg@lemberglaw.com
                                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By <u>/s/ Sergei Lemberg</u>

                                              Sergei Lemberg